# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

138733

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

JOHN EARL EASLEY,
      Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
      Defendant.

_____/

SC: 138733
AGC: 2326/07

On order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

_____
Clerk

s0720